IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED DILL : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 16-4780 |
| : | |
| MICHAEL OVERMYER, et al., : | |
| Respondents. : | |

## O R D E R

**AND NOW**, this 4th day of May, 2018, upon consideration of Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Doc. No. 23), to which there are no objections, and after an independent review of Petitioner's § 2254 Petition (Doc. No. 1), Respondents' Response to Petition for Writ of Habeas Corpus (Doc. No. 17), and the state court record, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 23) is **ADOPTED**; and

2. Petitioner's § 2254 Petition (Doc. No. 1) is **DISMISSED**;

It is **FURTHER ORDERED** that a certificate of appealability shall **NOT ISSUE**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.